Rudolph Hoffeld Appellant, v. The City of Buffalo, Respondent.—Judgment affirmed on opinion of Lewis, J., at Special Term, and

603
e 16
Lis 479

## SECOND DEPARTMENT, DECEMBER TERM, 1889.

on *O'Reilly* v. *City of Kingston* (114 N. Y., 440), without costs.